UNITED STATES of America,
Plaintiff–Appellee,

v.

**George Andre KELLY, Defendant–Appellant.**

No. 09–14147
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 4, 2010.

Eric Martin Cohen, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Eric M. Cohen, appointed counsel for George Andre Kelly, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Kelly's convictions and sentences are **AFFIRMED.**